**FILED**
Charlotte, NC

NOV 19 2024

Clerk, US District Court
Western District NC

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### CHARLOTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | DOCKET NO. 3:24-cr-229-MOC |
| v. | **BILL OF INDICTMENT** |
| **KENNETH ROSADO**<br>**DEFENDANT** | Violations:   18 U.S.C. § 922(a)(1)(A) |

### THE GRAND JURY CHARGES:

### COUNT ONE
*(Dealing in Firearms without a License)*

From in or about February 6, 2023, through August 15, 2024, in Mecklenburg County, within the Western District of North Carolina and elsewhere, the defendant,

### KENNETH ROSADO,

not being a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, did willfully engage in the business of dealing in firearms, in violation of Title 18, United States Code, Sections 922(a)(1)(A), 923(a), and 924(a)(1)(D).

### NOTICE OF FORFEITURE AND FINDING OF PROBABLE CAUSE

Notice is hereby given of the provisions of 18 U.S.C. § 924(d) and the statutes incorporated or referred to therein. The firearms and ammunition listed below are subject to forfeiture in accordance with § 924(d) because they were involved in, used, or intended to be used in the violation alleged in this bill of indictment. The Grand Jury finds probable cause to believe that the following property is subject to forfeiture on one or more of the grounds stated above:

a) Two Springfield XD9 pistol
b) A CZ, Shadow 2 Model, 9mm caliber pistol
c) A CZ, Model P-10 F, 9mm caliber pistol
d) A Beowolf .50 caliber firearm
e) A Taurus, Model 85, .38 caliber revolver
f) A Glock, Model 21 pistol,
g) A Glock, Model 30 pistol
h) Other firearms and ammunition seized in the investigation



A TRUE BILL

FOREPERSON

DENA J. KING
UNITED STATES ATTORNEY

_____
TIM SIELAFF
ASSISTANT UNITED STATES ATTORNEY